PHILLIP F. SHINN, SBN 112051
FOX ROTHSCHILD, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
415/364-5540 // FAX: 415/391-4436
pshinn@foxrothschild.com

ATTORNEYS FOR DEFENDANTS
GEOSENTRIC OYJ

**ADR**  **FILED**

2008 MAY 23 P 1:34

**E-FILING**  RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DECARTA, INC.,

    Plaintiffs,

v.

GEOSENTRIC OYJ.

    Defendants.

C08 02620 RS

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
[GeoSentric Oyj]

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in that subject matter or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceedings:

Defendant GeoSentric Oyj was formerly known as Benefon Oyj, a Finnish company, and is the successor in interest to Benecap, Ltd. in this matter. Geoholding, B.V. and Schroeder's Private Bank have financial interests in GeoSentric Oyj. GeoSolutions, B.V. is a subsidiary of GeoSentric Oyj.

1

Case No.:
SF1 1473v1 05/21/08

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS*

1
2  DATED: 5/23/08          Respectfully submitted,
3
4                          FOX ROTHSCHILD LLP
5
6                          PHILLIP F. SHINN
                           ATTORNEYS FOR DEFENDANT
7                          GEOSENTRIC OYJ
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fox Rothschild, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Tel: 415 364-5540, Fax: 415 391-4436

2

Case No.:
SFI 1473v1 05/21/08          CERTIFICATION OF INTERESTED ENTITIES OR PERSONS