1  PHILLIP F. SHINN, SBN 112051
   FOX ROTHSCHILD, LLP
2  235 Pine Street, Suite. 1500
   San Francisco, CA 94104-2734
3  415/364-5540 // FAX: 415/391-4436
   pshinn@foxrothschild.com
4
   ATTORNEYS FOR DEFENDANTS
5  GEOSENTRIC OYJ

6

7                IN THE UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 DECARTA, INC.,                    ) Case No.: C08 02620 (RS)
                                     )
12        Plaintiffs,                ) **CERTIFICATE OF SERVICE OF NOTICE**
                                     ) **TO ADVERSE PARTY OF REMOVAL TO**
13 v.                                ) **FEDERAL COURT**
                                     )
14 GEOSENTRIC OYJ.                   )
                                     )
15        Defendants.                )
   _____) Case filed May 23, 2008
16

17   Elisabeth Paulsen certifies and declares as follows:

18   I am over the age of eighteen years and not a party to this action.

19   My business address is FOX ROTHSCHILD LLP, 235 Pine street, Suite 1500, San

20   Francisco, CA 94104, which is located in the city, county and state where the mailing described

21

22   below took place.

23   On May 28, 2008, I deposited in the United States Mail at San Francisco, California, a

24   copy of the *NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT* dated

25   May 28, 2008, a copy of which is attached to this Certificate.

26   I declare under penalty of perjury that the foregoing is true and correct.

27
                                         _Elisabeth Paulsen_
28   **Executed on May 28, 2008.**

                                    1

Case No.: C08 02620 (RS)                              CERTIFICATE OF SERVICE
SF1 1493v1 05/21/08

**COPY**

1  PHILLIP F. SHINN, SBN 112051
   FOX ROTHSCHILD, LLP
2  235 Pine Street, Suite 1500
   San Francisco, CA 94104-2734
3  415/364-5540 // FAX: 415/391-4436
   pshinn@foxrothschild.com
4
   ATTORNEYS FOR DEFENDANTS
5  GEOSENTRIC OYJ

**ENDORSED**

2008 MAY 28 P 12: 35



6

7        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8             IN AND FOR THE COUNTY OF SANTA CLARA

9                       UNLIMITED JURISDICTION

10 DECARTA, INC.,                    )  Case No.: 108CV109256
                                     )
11        Plaintiffs,                )  ***NOTICE TO ADVERSE PARTY OF***
                                     )  ***REMOVAL TO FEDERAL COURT***
12   v.                              )
                                     )
13 GEOSENTRIC OYJ.                   )
                                     )
14        Defendants.                )
                                     )  Complaint Filed: March 28, 2008
15 _____

16

17 TO PLAINTIFF DECARTA, INC. AND ITS ATTORNEYS OF RECORD:

18        PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the

19 United States District Court for the Northern District of California, San Jose Division, on May

20 23, 2008, under Federal Case Number C08 02620 (RS).

21        A copy of the said Notice of Removal is attached to this Notice and is served and filed

22 herewith.

23

24 DATED: May 28, 2008           Respectfully submitted,

25                               FOX ROTHSCHILD LLP

26                               /s/ Phillip Shinn

27                               PHILLIP F. SHINN
                                 ATTORNEYS FOR DEFENDANT
28                               GEOSENTRIC OYJ

                                        1

---

Case No.: 108CV109256                    Notice of Adverse Party of Removal to Federal Court
SF1 1490v1 05/21/08