FOX ROTHSCHILD LLP
Phillip F. Shinn (SBN: 112051)
235 Pine Street, Ste. 1500
San Francisco, CA 94104-2734
(415) 364-5540

Attorneys for Defendant
GEOSENTRIC OYJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DECARTA, INC.                              )  Case No. CO8 02620 (RS)
                                           )
            Plaintiff,                     )
                                           )  ***CONSENT TO PROCEED BEFORE A***
      vs.                                  )  ***UNITED STATES MAGISTRATE JUDGE***
                                           )
GEOSENTRIC OYJ                             )
                                           )
            Defendant.                     )  Case Filed May 23, 2008
                                           )

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date:   May 30, 2008                          FOX ROTHSCHILD, LLP


                                              _____/s/_____
                                              PHILLIP F. SHINN
                                              Attorneys of Record for Defendant
                                              GEOSENTRIC OYJ

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104-2734