FOX ROTHSCHILD LLP
Phillip F. Shinn (SBN: 112051)
235 Pine Street, Ste. 1500
San Francisco, CA 94104-2734
(415) 364-5540

Attorneys for Defendant
GEOSENTRIC OYJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DECARTA, INC. | Case No. CO8 02620 (RS) |
| Plaintiff, | |
| vs. | ***DEMAND FOR JURY TRIAL*** |
| GEOSENTRIC OYJ | |
| Defendant. | |
| | Case filed May 23, 2008 |

Defendant GeoSentric OYJ hereby demands trial by jury in this action.

Date:   May 30, 2008                           FOX ROTHSCHILD, LLP


_____/s/_____

PHILLIP F. SHINN
Attorneys of Record for Defendant
GEOSENTRIC OYJ

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104-2734