PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street - 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
Decarta, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Decarta, Inc.,<br><br>             Plaintiff,<br><br>v.<br><br>Geosentric OYJ,<br><br>             Defendant. | Case No.  C08 02620 (RS)<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 6, 2008                                   FENWICK & WEST LLP


By:   /s/ Mary E. Milionis
            Mary E. Milionis

Attorneys for Plaintiff
Decarta, Inc.

1286386