PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street - 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
deCarta, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DECARTA, INC.<br><br>            Plaintiff,<br><br>v.<br><br>GEOSENTRIC OYJ,<br><br>            Defendant. | Case No. C08 02620 (RS)<br><br>**DECLARATION OF JEANNE ANGELO-PARDO IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**<br><br>Date:        August 6, 2008<br>Time:       9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:      Hon. Richard Seeborg |

I, Jeanne Angelo-Pardo, declare:

1. I am the Chief Financial Officer at deCarta, Inc. ("deCarta"), formerly known as Telcontar, Inc. ("Telcontar"). In that capacity, I have familiarity with the Telcontar Software License Agreement between Telcontar and Benecap Limited that I executed on behalf of Telcontar on or about June 16, 2005. I submit this declaration in support of Plaintiff's Motion to Dismiss Defendant's Counterclaims. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached as <u>Exhibit 1</u> to the concurrently filed Request for Judicial Notice in Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims ("Request for Judicial Notice") is a true and correct copy of the Amendment #1A To Telcontar Software Agreement (the "First Amendment") that I signed on behalf of Telcontar on or about November 8, 2005. The First Amendment was signed by Sarah Roberts on behalf of Benecap Limited.

3. Attached as <u>Exhibit 2</u> to the concurrently filed Request for Judicial Notice is a true and correct copy of a the Amendment #2 To Telcontar Software Agreement (the "Second Amendment") I signed on behalf of deCarta on or about September 28, 2006. The Second Amendment was also signed by Jonathan Bate the Chief Executive Officer of Benefon, Ltd.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at San Jose, California, on June 20, 2008.

_____
Jeanne Angelo-Pardo