1  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
2  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10
11 Attorneys for Plaintiff
   deCarta, Inc.
12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 DECARTA, INC.                    | Case No.  C08 02620 (RS)
18              Plaintiff,          | **ADR CERTIFICATION BY PLAINTIFF DECARTA, INC., AND ITS COUNSEL**
19 v.
20 GEOSENTRIC OYJ,
21              Defendant.
22

23     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

24 he or she has:

25     (1) read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

26 *California*" from the Court's ADR Internet site;

27     (2) discussed the available dispute resolution options provided by the Court and private

28 entities; and

-1-
DECARTA'S ADR CERTIFICATION                                          CASE NO. C08 02620 (RS)

1  (3) considered whether this case might benefit from any of the available dispute
2  resolution options.

3  Dated:  August 20, 2008				DECARTA, INC.

5						By:	/s/ Davis Tran
						Davis Tran

7						Corporate Counsel for Plaintiff deCarta, Inc.

  Dated: August 20, 2008				FENWICK & WEST LLP

10						By:	/s/ Patrick E. Premo
						Patrick E. Premo

11						Attorneys for Plaintiff deCarta, Inc.

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Patrick E. Premo, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2008, at Mountain View, California.

Dated: August 20, 2008				FENWICK & WEST LLP

						By:	/s/ Patrick E. Premo
						Patrick E. Premo

						Attorneys for Plaintiff deCarta, Inc.