

**Fox Rothschild** LLP
ATTORNEYS AT LAW

235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Tel 415.364.5540  Fax 415.391.4436
www.foxrothschild.com

Otto F. Becker
Direct Dial: (415)
Email Address: @foxrothschild.com

4 September 2008

Magistrate Judge Richard Seeborg
United States District Court
Northern District of California
San Jose Division
280 South First Street, Courtroom Four
San Jose, California 95113

    Re:    *DeCarta, Inc. v. Geosentric OYJ*
           Case No. C 08 02620
           10 September 2008 Initial Case Management Conference at 2:30 p.m.

Dear Judge Seeborg:

      I will be appearing on behalf of the defendant/counterclaimant in the above-referenced matter in lieu of lead attorney, Phillip Shinn, who is currently in the opening days of a trial in San Francisco County Superior Court. In that my schedule on that date is extensive, I request your permission to utilize the services of Courtcall Telephonic Appearance.

Very truly yours,

*[signature]*

Otto F. Becker

OFB/dsm

cc:    Patrick E. Premo, Esq.
       Dennis M. Faigal, Esq.
       FENWICK & WEST LLP
       (by United States Mail)

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania