**\*E-FILED\***
**September 4, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECARTA, INC., | No. C 08-02620 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| GEOSENTRIC OYJ, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference set for **September 10, 2008 at 2:30 p.m.** will be conducted telephonically. No later than Friday, September 5, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: September 4, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
          Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Dennis Michael Faigal    dfaigal@fenwick.com

Mary Elizabeth Milionis    MMilionis@Fenwick.com, dgarrett@fenwick.com

Otto F. Becker    obecker@thornton-taylor.com

Patrick Eugene Premo    ppremo@fenwick.com, mguidoux@fenwick.com

Phillip Francis Shinn    pshinn@foxrothschild.com, epaulsen@foxrothschild.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 4, 2008