1  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
2  DENNIS M. FAIGAL (CSB NO. 252829)
   dfaigal@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10

11 Attorneys for Plaintiff
   deCarta, Inc.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 DECARTA, INC.                    | Case No.  C08 02620 (RS)
18             Plaintiff,           | **DECARTA, INC.'S CERTIFICATION OF INTERESTED PARTIES**
19 v.
20 GEOSENTRIC OYJ,
21             Defendant.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated: September 5, 2008                    FENWICK & WEST LLP


                                            By:      /s/ Mary E. Milionis
                                                        Mary E. Milionis

                                            Attorneys for Plaintiff deCarta, Inc.