PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff
deCarta, Inc.

OTTO F. BECKER (CSB NO. 37375)
obecker@foxrothschild.com
PHILIP F. SHINN (CSB NO. 112051)
pshinn@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436

Attorneys for Defendant
Geosentric OYJ

*E-FILED 10/2/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DECARTA, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>GEOSENTRIC OYJ,<br><br>　　　Defendant. | Case No. C08 02620 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DECARTA'S RESPONSE TO GEOSENTRIC'S AMENDED COUNTERCLAIM** |

1  WHEREAS, on September 15, 2008, Defendant and Counterclaimant Geosentric OYJ
2  ("Geosentric") filed its Amended Counterclaim against Plaintiff and Counterclaim-Defendant
3  deCarta, Inc. ("deCarta");
4  WHEREAS, deCarta's response to the Amended Counterclaim is currently due to be filed
5  and served on October 2, 2008;
6  WHEREAS, deCarta and Geosentric are currently involved in settlement discussion to
7  resolve this dispute without resort to further litigation; and,
8  WHEREAS, counsel for both parties have conferred and agree that deCarta's deadline to
9  respond to the Amended Counterclaim should be continued until October 23, 2008, while the
10 parties continue to discuss settlement.
11 ACCORDINGLY, deCarta and Geosentric, by and through their counsel of record, hereby
12 stipulate that the deadline for deCarta to respond to the Amended Counterclaim is continued until
13 October 23, 2008.
14 IT IS SO STIPULATED.

Dated: October 2, 2008

FENWICK & WEST LLP

By: /s/ Mary E. Milionis
         Mary E. Milionis

Attorneys for Plaintiff deCarta, Inc.

Dated: October 2, 2008

FOX ROTHSCHILD LLP

By: /s/ Phillip F. Shinn
         Phillip F. Shinn

Attorneys for Defendant Geosentric OYJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

-2-

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO THE
AMENDED COUNTERCLAIM

CASE NO. C08 02620 (RS)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary E. Milionis, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of October, 2008, at San Francisco, California.

Dated: October 2, 2008

FENWICK & WEST LLP

By: /s/ Mary E. Milionis

Attorneys for Plaintiff deCarta, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2008        By: /s/ Richard Seeborg
                              The Honorable Richard Seeborg
                              United States Magistrate Judge

20662/00406/LIT/1292176.1

-3-

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO THE
AMENDED COUNTERCLAIM

CASE NO. C08 02620 (RS)