| | |
|---|---|
| PATRICK E. PREMO (CSB NO. 184915)<br>ppremo@fenwick.com<br>DENNIS M. FAIGAL (CSB NO. 252829)<br>dfaigal@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>MARY E. MILIONIS (CSB NO. 238827)<br>mmilionis@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Plaintiff<br>deCarta, Inc. | OTTO F. BECKER (CSB NO. 37375)<br>obecker@foxrothschild.com<br>PHILIP F. SHINN (CSB NO. 112051)<br>pshinn@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>235 Pine Street, Suite 1500<br>San Francisco, CA 94104-2734<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br><br>Attorneys for Defendant<br>Geosentric OYJ<br><br>*E-FILED 10/27/08* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DECARTA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GEOSENTRIC OYJ,<br><br>    Defendant. | Case No. C08 02620 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DECARTA'S RESPONSE TO GEOSENTRIC'S AMENDED COUNTERCLAIM** |

-1-

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO THE
AMENDED COUNTERCLAIM

CASE NO. C08 02620 (RS)

1  WHEREAS, on September 15, 2008, Defendant and Counterclaimant Geosentric OYJ ("Geosentric") filed its Amended Counterclaim against Plaintiff and Counterclaim-Defendant deCarta, Inc. ("deCarta");

4  WHEREAS, deCarta's response to the Amended Counterclaim is currently due to be filed and served on October 23, 2008;

6  WHEREAS, deCarta and Geosentric are currently involved in settlement discussion to resolve this dispute without resort to further litigation; and,

8  WHEREAS, counsel for both parties have conferred and agree that deCarta's deadline to respond to the Amended Counterclaim should be continued until November 24, 2008, while the parties continue to discuss settlement.

11  ACCORDINGLY, deCarta and Geosentric, by and through their counsel of record, hereby stipulate that the deadline for deCarta to respond to the Amended Counterclaim is continued until November 24, 2008.

IT IS SO STIPULATED.

Dated: October 23, 2008                FENWICK & WEST LLP

                                       By:  /s/ Mary E. Milionis
                                            Mary E. Milionis

                                       Attorneys for Plaintiff deCarta, Inc.

Dated: October 23, 2008                FOX ROTHSCHILD LLP


                                       By:  /s/ Otto Becker
                                            Otto Becker

                                       Attorneys for Defendant Geosentric OYJ

-2-

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO THE                                CASE NO. C08 02620 (RS)
AMENDED COUNTERCLAIM

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mary E. Milionis, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of October, 2008, at San Francisco, California.

Dated: October 23, 2008

FENWICK & WEST LLP

By: /s/ Mary E. Milionis
Mary E. Milionis

Attorneys for Plaintiff deCarta, Inc.

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 27, 2008

By: _/s/ Richard Seeborg_
The Honorable Richard Seeborg
United States Magistrate Judge