PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
DENNIS M. FAIGAL (CSB NO. 252829)
dfaigal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
deCarta, Inc.

OTTO F. BECKER (CSB NO. 37375)
obecker@foxrothschild.com
PHILIP F. SHINN (CSB NO. 112051)
pshinn@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Defendant
Geosentric OYJ

FILED

NOV 24 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DECARTA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GEOSENTRIC OYJ,<br><br>Defendant. | Case No. C08 02620 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DECARTA'S RESPONSE TO GEOSENTRIC'S AMENDED COUNTERCLAIM** |

-1-

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO THE
AMENDED COUNTERCLAIM

CASE NO. C08 02620 (RS)

1  WHEREAS, on September 15, 2008, Defendant and Counterclaimant Geosentric OYJ ("Geosentric") filed its Amended Counterclaim against Plaintiff and Counterclaim-Defendant deCarta, Inc. ("deCarta");

4  WHEREAS, deCarta's response to the Amended Counterclaim is currently due to be filed and served on November 24, 2008;

6  WHEREAS, deCarta and Geosentric have reached an agreement resolving the above titled action and are in the process of finalizing the settlement; and,

8  WHEREAS, counsel for both parties have conferred and agree that deCarta's deadline to respond to the Amended Counterclaim should be continued until December 22, 2008, while the parties continue to finalize the settlement.

11  ACCORDINGLY, deCarta and Geosentric, by and through their counsel of record, hereby stipulate that the deadline for deCarta to respond to the Amended Counterclaim is continued until December 22, 2008.

14  IT IS SO STIPULATED.

Dated: November 21, 2008            FENWICK & WEST LLP


By:  /s/ Mary E. Milionis
         Mary E. Milionis

Attorneys for Plaintiff deCarta, Inc.

Dated: November 21, 2008            FOX ROTHSCHILD LLP


By:  /s/ Otto Becker
         Otto Becker

Attorneys for Defendant Geosentric OYJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mary E. Milionis, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of November, 2008, at San Francisco, California.

FENWICK & WEST LLP


By:  /s/  Mary E. Milionis
      Mary E. Milionis

Attorneys for Plaintiff deCarta, Inc.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 24, 2008        By: _____
The Honorable Richard Seeborg
United States Magistrate Judge

20662/00406/SF/5246661.1