1   PATRICK E. PREMO (CSB NO. 184915)          OTTO F. BECKER (CSB NO. 37375)
    ppremo@fenwick.com                          obecker@foxrothschild.com
2   DENNIS M. FAIGAL (CSB NO. 252829)          PHILIP F. SHINN (CSB NO. 112051)
    dfaigal@fenwick.com                         pshinn@foxrothschild.com
3   FENWICK & WEST LLP                          FOX ROTHSCHILD LLP
    Silicon Valley Center                       235 Pine Street, Suite 1500
4   801 California Street                       San Francisco, CA 94104-2734
    Mountain View, CA  94041                    Telephone:    (415) 364-5540
5   Telephone:    (650) 988-8500                Facsimile:    (415) 391-4436
    Facsimile:    (650) 938-5200
6
    MARY E. MILIONIS (CSB NO. 238827)          Attorneys for Defendant
7   mmilionis@fenwick.com                       Geosentric OYJ
    FENWICK & WEST LLP
8   555 California Street, 12th Floor
    San Francisco, CA  94104
9   Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350                        *E-FILED 12/10/08*
10

11  Attorneys for Plaintiff
    deCarta, Inc.
12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17  DECARTA, INC.                          Case No.  C08 02620 (RS)

18          Plaintiff,                     **STIPULATION AND [PROPOSED] ORDER
                                           DISMISSING COMPLAINT AND
19  v.                                     COUNTERCLAIMS WITH PREJUDICE**

20  GEOSENTRIC OYJ,

21          Defendant.

22  _____

23  AND RELATED COUNTERCLAIMS

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Pursuant to the Parties' agreement, deCarta, Inc., on the one hand, and Geosentric OYJ, on

2   the other hand, by and through their respective counsel, hereby stipulate and agree pursuant to Fed.

3   R. Civ. P. 41(a) and (c) that the above-captioned action, including all claims and counter-claims

4   therein, is hereby dismissed with prejudice, with each party to bear its own expenses, costs, and

5   attorneys' fees.

6

7   Dated: December 9, 2008                    FENWICK & WEST LLP

8

9                                              By:  /s/ Mary E. Milionis
                                                    Mary E. Milionis

10                                             Attorneys for Plaintiff deCarta, Inc.

11  Dated: December 9, 2008                    FOX ROTHSCHILD LLP

12

13                                             By:  /s/ Otto Becker
                                                    Otto Becker

14

15                                             Attorneys for Defendant Geosentric OYJ

16              **ATTESTATION PURSUANT TO GENERAL ORDER 45**

17       I, Mary E. Milionis, attest that concurrence in the filing of this document has been

18  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

19  document.

20       I declare under penalty of perjury under the laws of the United States of America that the

21
     foregoing is true and correct.

22

23  Dated: December 9, 2008                    FENWICK & WEST LLP

24

25                                             By:  /s/ Mary E. Milionis
                                                    Mary E. Milionis

26                                             Attorneys for Plaintiff deCarta, Inc.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. & [~~PROPOSED~~] ORDER DISMISSING
COMPL. & COUNTERCLAIMS WITH PREJUDICE

CASE NO. C08 02620 (RS)

## [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that the above-captioned action, including all claims and counter-claims therein, is hereby dismissed with prejudice, with each party to bear his or its own expenses, costs, and attorneys' fees.

IT IS SO ORDERED.

Dated: December __10__, 2008          By:_____

                                        The Honorable Richard Seeborg
                                        United States Magistrate Judge

20662/00406/SF/5245621.3

STIP. & [PROPOSED] ORDER DISMISSING
COMPL. & COUNTERCLAIMS WITH PREJUDICE                    CASE NO. C08 02620 (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW